IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| JAMMIE L. MARSHALL, | |
| Plaintiff, | CIVIL ACTION NO.: 6:17-cv-117 |
| v. | |
| G.D.C.I. FOOD SERVICE, | |
| Defendant. | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 5), to which Plaintiff filed Objections, (doc. 7). In his Objections, Plaintiff asserts his belief that he set forth enough factual allegations in his Complaint so that his Complaint should not be dismissed.

The Court **OVERRULES** Plaintiff's Objections, and accordingly, **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint for failure to state a claim and **DENIES** Plaintiff *in forma pauperis* status on appeal. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal.

**SO ORDERED**, this 23rd day of January, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA