**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

JAMMIE L. MARSHALL

    Plaintiff,

v.

G.D.C.I. FOOD SERVICE, et al.,

    Defendants.

CIVIL ACTION NO.: 6:17-cv-117

## O R D E R

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 19). No party filed Objections to the Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's claims against Defendants Georgia Department of Corrections, Supervisor Peterson, and Dr. Lewis and **DENIES** Plaintiff *in forma pauperis* status on appeal as to these claims. Plaintiff's claims against Defendants Hall, White, and Tatum in their individual capacities shall remain pending.

**SO ORDERED**, this 1st day of August, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA