**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

| | |
|---|---|
| JAMMIE L. MARSHALL, | |
| Plaintiff, | CIVIL ACTION NO.: 6:17-cv-117 |
| v. | |
| G.D.C.I. FOOD SERVICE, et al., | |
| Defendant. | |

**O R D E R**

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 37). No party to this action filed Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **GRANTS** Defendant Tatum's construed Motion to Dismiss, **DISMISSES without prejudice** Plaintiff's Complaint for failure to exhaust his administrative remedies, and **DENIES as moot** Plaintiff's Motion to Reconsider. The Court also **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 14th day of September, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA